```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DON A. HYDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3091 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from August 14 to August 17, 2007 at 10:30 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 7th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge