```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

DON A. HYDE,                    )
                                )
            Plaintiff,          )        4:07CV3091
                                )
      v.                        )
                                )
UNION PACIFIC RAILROAD          )        ORDER
COMPANY,                        )
                                )
            Defendant.          )
                                )
```

   IT IS ORDERED:

   The parties' joint motion to extend deadline, filing 34, is granted and the deadline for filing summary judgment motions is extended to November 16, 2007.

   DATED this 22nd day of October, 2007.

                           BY THE COURT:

                           s/ *David L. Piester*
                           David L. Piester
                           United States Magistrate Judge