```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DON A. HYDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3091 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to extend discovery deadline, filing 49, is granted and the deadline for filing discovery motions is extended to November 9, 2007.

DATED this 5th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge