IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DON A. HYDE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Defendant. | Case No. 4:07CV3091<br><br>**ORDER RESTRICTING ACCESS TO DOCUMENTS** |

　　　　This matter comes before the court on the Defendant's Unopposed Motion for Permission to Restrict Pursuant to E-Government Act (filing 54) pursuant to NECivR 5.3(c) and the E-Government Act of 2002, to which Plaintiff's counsel does not object. Defendant's motion shall be granted.

　　　　IT IS ORDERED:

　　　　　　1.　Defendant's Unopposed Motion for Permission to Restrict Pursuant to E-Government Act (filing 54) is granted;

　　　　　　2.　Defendant's Index of Evidence (filing 57) in support of its Motion for Summary Judgment (filing 55) may be filed under restriction pursuant to NECivR 5.3(c) and the E-Government Act of 2002, and access to such Index is restricted to the court and the parties to this action, including counsel of record.

November 20, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Court Judge